
**ORIGINAL**

DEVIN DERHAM-BURK #104353
CHAPTER 13 STANDING TRUSTEE
P O BOX 50013
SAN JOSE, CA  95150-0013

Telephone: (408) 354-4413
Facsimile:  (408) 354-5513

Trustee for Debtors

**FILED**

SEP 2 2 2011

UNITED STATES BANKRUPTCY COURT
SAN FRANCISCO, CA

UNITED STATES BANKRUPTCY COURT
NORTHERN DISTRICT OF CALIFORNIA
SAN JOSE DIVISION

In Re:                                         ) Chapter 13
                                               )
REGINALD DERWIN JOHNSON                        ) Case No. 08-53390 CN
                                               )
PATRICIA RENE JOHNSON                          ) **NOTICE OF UNCLAIMED DIVIDEND**
                                               )
              Debtors                          )
                                               )

The final dividend to Creditor, SPIRIT OF AMERICA NATIONAL BK in the above entitled matter was returned marked:   CREDITOR DID NOT FILE A CHANGE OF ADDRESS WITH THE COURT.

It appearing to the Court that a reasonable effort was made to locate the Creditor, and good cause appearing therefore,

IT IS REQUESTED that DEVIN DERHAM-BURK herein forthwith pay over to the Clerk of the above entitled Court, the sum of $75.40 as an unclaimed dividend.

    Claim # 32      SPIRIT OF AMERICA NATIONAL BK
                        C/O FIRST EXPRESS
                        P O BOX 856021
                        LOUISVILLE, KY  40285

Dated: September 19, 2011

*/s/ Alexandra De Lateur Jr*
DEVIN DERHAM-BURK, TRUSTEE

Devin Derham-Burk, Standing Trustee

Office of the Chapter 13 Trustee
Northern District of California • San Jose Division

March 30, 2011

Spirit of America
P O Box 659728
San Antonio, TX 78365-9720

RE: Returned Checks

Attention: Bankruptcy Department

The Trustee received trustee checks (copy of which are attached) back from the Post Office which indicates that the address that we have on file is not a valid address. Please note that pursuant to Bankruptcy Rule 4002 (a) (5) a statement regarding any change of address must be filed with the court for each case in which the change is to be made.

Please further note that the Trustee will not make any changes to your address and **will no longer be sending disbursements** on your Proof of Claim until a notice of change of address has been filed with the Court and the Trustee has received a copy. I have enclosed a sample Notice of Change of Address that you may use. A **completed original must be sent directly to the United States Bankruptcy Court.**

If you should have any questions, please feel free to contact me at (408) 354-8151.

Sincerely,

Teresa Camp
Creditor Services Administrator

Encl.

CHAPTER 13 TRUSTEE
P.O. BOX 50013
SAN JOSE, CA 95150-0013

US POSTAGE $00.440 FEB 09 2011 MAILED FROM ZIP CODE 95032

FORWARD X 951 N7E 1 2101 00 02/10/11
:SPIRIT OF AMERICA         RTN TO SEND
PO BOX 659728
SAN ANTONIO TX 78265-9728

RETURN TO SENDER

RECEIVED
FEB 14 2011
Devin Derham-Burk
Trustee, Chapter 13

TO THE ORDER OF:
SPIRIT OF AMERICA NATIONAL BK
C/O FIRST EXPRESS
P.O. BOX 856021
LOUISVILLE, KY 40285